**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Delia DIAZ, Defendant-Appellant**

**No. 15-20771**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 3, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Delia Diaz, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Delia Diaz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

Cir. 2011). Diaz has filed a response, which asserts that her counsel failed to file "necessary papers" so that her forfeited property would go to satisfy her restitution obligations. The record is not sufficiently developed to allow us to make a fair evaluation of Diaz's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Diaz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.